NIXON v. BROWN, in Error.

Wednesday,
December 17.

THE affidavit of a party, in support of a motion for the continuance of a cause, on account of the absence of a witness,—showed that the witness was material, that due diligence had been used to procure his testimony, and that there was good reason to expect that his attendance could be procured at the then next term of the Court. *Held*, that the party was entitled to a continuance, and the refusal to grant it was error (1).

(1) Vide *Gordon* v. *Spencer*, Vol. 2, of these Rep. 286, and note.